**Elbert HICKS, Plaintiff–Appellant,**

v.

**John E. POTTER, U.S. Postal Service, Defendant–Appellee.**

**No. 11–1521.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 26, 2011.

Decided: Nov. 7, 2011.

Elbert Hicks, Appellant Pro Se. Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elbert Hicks seeks to appeal the district court's order dismissing without prejudice his employment discrimination complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders. *See* 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because Hicks may proceed with this action by amending his complaint to provide specific facts showing his entitlement to the relief he seeks, *see* Fed.R.Civ.P. 8(a), the order he seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*